IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| WILLIAM WALKER, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 7:11-cv-00131-O-BN |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration, | § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 4, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** on this **5th** day of **March, 2013**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE